**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

ALBERT PEARSON,

      Plaintiff,

           v.

GC SERVICES, LP,

      Defendant.

---

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**
**(Unlawful Debt Collection Practices)**

---

## PLAINTIFF'S COMPLAINT

Plaintiff, ALBERT PEARSON (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, GC SERVICES, LP (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692, *et seq.*

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Colorado, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Parker, Elbert County, Colorado.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency with a business office in Houston, Texas.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Citibank (SD), N.A., with account number ending in 6117.

11. Plaintiff's alleged debt owed to Citibank (SD), N.A. arises from transactions for personal, family, and household purposes.

12. On September 21, 2010, Plaintiff faxed a cease and desist letter to Defendant. *See* Exhibit A.

13. On September 21, 2010, Plaintiff faxed a notice of representation letter to Defendant. *See* Exhibit A.

14. Despite receiving Plaintiff's letter (Exhibit A), Defendant communicated with Plaintiff after September 21, 2010, in an attempt to collect a debt.

15. On or around October 22, 2010, Defendant placed a collection call to Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a.  Defendant violated §1692c(a)(2) of the FDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

    b.  Defendant violated §1692c(c) of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

    c.  Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

WHEREFORE, Plaintiff, ALBERT PEARSON, respectfully requests judgment be entered against Defendant, GC SERVICES, LP, for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

19. Any other relief that this Honorable Court deems appropriate.

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff, ALBERT PEARSON, requests a jury trial in this case.


Dated: November 30, 2010

       RESPECTFULLY SUBMITTED,

       KROHN & MOSS, LTD.


     By: /s/ Michael S. Agruss      

       Michael S. Agruss
       California State Bar Number: 259567
       Krohn & Moss, Ltd.
       10474 Santa Monica Blvd., Suite 401
       Los Angeles, CA 90025
       Tel: 323-988-2400 x235
       Fax: 866-620-2956
       magruss@consumerlawcenter.com
       Attorneys for Plaintiff,
       ALBERT PEARSON

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF COLORADO

Plaintiff, ALBERT PEARSON, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ALBERT PEARSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _11 - 3 - 2010_           _Albert Pearson_

ALBERT PEARSON

# <u>Exhibit A</u>

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL



September 21, 2010

**BY FAX ONLY:  314-851-4320**
**Page 1 of 3**

Collections Manager
GC Services
6330 Gulfton
Houston, TX  77081

**Re:    Albert Pearson & Emma Pearson**
          **Your reference # Ending in 6117  -  Citibank: Ending in 6117**
          **Our file # 3056**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws.  Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law.  This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g.**  Please provide the name and address of the original creditor, if different from the current creditor.  Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means.  Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c).**  I have attached a signed **cease and desist** order from my client(s).  If and when you violate these statutes, I will not hesitate to pursue with local co-counsel all legal remedies on behalf of my client(s).

Sincerely,

Jerome S. Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc:  Albert Pearson & Emma Pearson

**Jerome S. Lamet, Supervising Attorney**
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois  60605
V: (312) 939-2221
F: (312) 939-27411

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 09/22/2010 08:04
                                    NAME   : JEROME LAMET LTD
                                    FAX    : 13123563199
                                    TEL    : 13129392221
                                    SER.#  : BROD8J797996
```

```
DATE,TIME              09/22  08:03
FAX NO./NAME           13148514320
DURATION               00:00:36
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



Debt Counsel for Seniors & the Disabled

**DCSD**

September 21, 2010                    **BY FAX ONLY:  314-851-4320**
                                       **Page 1 of 3**

Collections Manager
GC Services
6330 Gulfton
Houston, TX  77081

Re:   **Albert Pearson & Emma Pearson**
      **Your reference # Ending in 6117  -  Citibank: Ending in 6117**
      **Our file # 3056**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws.  Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law.  This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g**.  Please provide the name and address of the original creditor, if different from the current creditor.  Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means.  Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2)** <u>and</u> **1692c(c).**  I have attached a signed **cease and desist order** from my client(s).  If and when you violate these statutes, I will not hesitate to pursue with local